AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland  ☑

| | | |
|---|---|---|
| Karis White | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:23-cv-02328-JMC |
| | ) | |
| Princess Anne Volunteer Fire Dept et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Eltonio Collins
6583 Oak Ridge Dr.
Hebron, MD 21830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Drew LaFramboise
Joseph, Greenwald & Laake, P.A.
6404 Ivy Ln.
Suite 400
Greenbelt, MD 20770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_



Date:  8/28/23

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02328-JMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eltonio Collins

was received by me on *(date)*          09/05/2023          .

☑ I personally served the summons on the individual at *(place)*   6583 Oak Ridge Dr, Hebron, MD 21830

_____    on *(date)*      09/06/2023      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   9-7-23                              _____
                                                            *Server's signature*

                                              Konstantinos Tsirikos, Affiant
                                              _____
                                                            *Printed name and title*

                                              J & M Delivery, Inc. 301-530-5999
                                                        P.O. Box 34097
                                                      Bethesda, MD 20827
                                              _____
                                                            *Server's address*

Additional information regarding attempted service, etc: